JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-5823RBL |
| Plaintiff, | ) | |
| vs. | ) | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| JACOB RAY GARDNER, and MICHAEL ANTONIO JORDON. JACOB RAY GARNER and APRYL JOY BEACH, | ) ) ) ) ) | |
| Defendants. | | |

The Court notes that defendants Thomas Evans Dunigan and Apryl Joy Beach object to the motion to continue, however, based on the Stipulation by the Plaintiff, United States of America, and defendants Jacob R. Gardner and Michael A. Jordan to continue the trial date, and the affidavit of defense counsel for Mr. Gardner in support of the motion the Court makes the following findings of fact and conclusions of law. :

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice.  18 U.S.C. §3161(h)(8)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself

ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL DATE                    1
*U.S. v. Gardner, et. al.;* CR05-5823RBL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington  98402**
**(253) 593-6710**

1  within the time limits established by the Speedy Trial Act and currently set for this case.
2  18 U.S.C. § 3161(h)(8)(B)(ii).
3      4.  Taking into account the exercise of due diligence, a continuance is necessary
4  to allow the defendants the reasonable time for effective preparation his defense.  18
5  U.S.C. § 3161(h)(8)(B)(iv).
6      NOW, THEREFORE,
7      IT IS HEREBY ORDERED that the trial date is continued from January 30, 2006
8  to **March 20, 2006, at 9:00 am.**  The resulting period of delay from January 30, 2006, to
9  March 20, 2006 is hereby excluded for speedy trial purposes under 18 U.S.C. §
10 3161(h)(8)(A) and (B).
11     Pre-trial motions are due no later than **FEBRUARY 20, 2006.**
12     Motion Hearing, if needed, and the Pre-trial conference shall be on
13 **MARCH 7**, **2006, at 9:00 am**.
14     IT IS SO ORDERED this 12th day of January, 2006.

                                        _____
                                        RONALD B. LEIGHTON
                                        UNITED STATES DISTRICT JUDGE

Presented By:

_____        _____
Russell V. Leonard & Linda Sullivan   Gregory Gruber
Attorneys for Jacob R. Gardner        Assistant United States Attorney


_____        _____
Charles Johnston                      Kent Liu
Attorney for Michael A. Jordan        Special Assistant United States Attorney