# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**APRYL J BEACH,**<br><br>　　　　　Defendants. | **Case No.  CR05-5823RBL**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for a disposition hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

The plaintiff appears through Assistant United States Attorney, Greg Gruber and Kent Liu.

The defendant appears personally and represented by counsel, Thomas Campbell.

The U.S. Pretrial Services Office has filed a petition alleging violation of the terms and conditions of supervision by consuming alcohol on or about August 4, 2006; the defendant has been advised of the allegations; the defendant has been advised of her right to a hearing and the maximum consequences if found to have been in violation; and the defendant having freely and voluntarily acknowledged the alleged violation.

**NOW THEREFORE,** the court finds the defendant has violated the conditions of her Pretrial Supervision while on release under bond, and orders that the defendant be detained for failing to show that she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　　　　　　　**August 16, 2006.**

　　　　　　　　　　　　　　　　　　　　　　　　___s/ Karen L. Strombom_____
　　　　　　　　　　　　　　　　　　　　　　　　**Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1