Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MICHAEL A. JORDAN,<br>APRYL JOY BEACH, and<br>JACOB RAY GARDNER,<br><br>          Defendants. | CR05-5823RBL<br><br>ORDER TO SEAL<br>SENTENCING MEMORANDA |

Having read the Government's Sentencing Memoranda in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memoranda be allowed to remain under seal,

IT IS HEREBY ORDERED that the Government's Sentencing Memoranda in this matter shall remain sealed.

DATED this 23rd day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order to Seal/U.S. v. Michael A. Jordan, et al. - 1
CR05-5823RBL