Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR05-5823RBL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | SENTENCING MEMORANDA |
| MICHAEL A. JORDAN, ) | |
| APRYL JOY BEACH, and ) | |
| JACOB RAY GARDNER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Having read the Government's Sentencing Memoranda in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Sentencing Memoranda be allowed to remain under seal,

IT IS HEREBY ORDERED that the Government's Sentencing Memoranda in this matter shall remain sealed.

DATED this 23rd day of July, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order to Seal/U.S. v. Michael A. Jordan, et al. - 1
CR05-5823RBL

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800