FILED _____ LODGED
_____ RECEIVED

JUL 23 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

1

2

3    **05-CR-05823-ORD**

4

5                                                    Judge Leighton

6

7

8              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF WASHINGTON
9                             AT TACOMA

10

11    _____

12    UNITED STATES OF AMERICA,          No. CR05-5823RBL
                    Plaintiff,
13
                                         Order Granting Motion to Seal
14    -vs-                               Defendant's Objections to Presentence
                                         Report and Defendant's Sentencing
15    Apryl J. Beach,                    Memorandum
                    Defendant.
16

17

18    _____

19         THIS MATTER having come before the court upon the Defendant's Motion to

20    Seal the Defendant's Objections to Presentence Report and Defendant's Sentencing

21

22    Memorandum, now therefore,

23

24

Order Granting Motion to Seal                    1

1    IT IS HEREBY ORDERED that the Defendant's Objections to Presentence

2    Report and Defendant's Sentencing Memorandum are to be sealed by the Clerk of the

3    Court until further Order.

4        DATED this 20th day of July, 2007.

5

6

7                                                    Honorable Ronald B. Leighton

8

9    Presented by:

10

11   /s/ Thomas A. Campbell

12
     Thomas A. Campbell
13   Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

24

Order Granting Motion to Seal                    2

The Law Offices of
Thomas A. Campbell, PLLC
201 Auburn Way North, Suite D
Auburn, Washington 98002
(253) 931-8186 · (253) 863-5896 · FAX (253) 333-7910