FILED ___ LODGED
___ RECEIVED

JUL 23 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

05-CR-05823-ORD

Judge Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>-vs-<br><br>Apryl J. Beach,<br>Defendant. | No. CR05-5823RBL<br><br>Order Granting Motion to Seal Defendant's Objections to Presentence Report and Defendant's Sentencing Memorandum |

THIS MATTER having come before the court upon the Defendant's Motion to Seal the Defendant's Objections to Presentence Report and Defendant's Sentencing Memorandum, now therefore,

1     IT IS HEREBY ORDERED that the Defendant's Objections to Presentence

2 Report and Defendant's Sentencing Memorandum are to be sealed by the Clerk of the

3 Court until further Order.

4     DATED this 20th day of July, 2007.

 

                                              Honorable Ronald B. Leighton

9 Presented by:

11 /s/ Thomas A. Campbell

12 Thomas A. Campbell
13 Attorney for Defendant

The Law Offices of
**Thomas A. Campbell, PLLC**
201 Auburn Way North, Suite D
Auburn, Washington 98002
(253) 931-8186 · (253) 863-5896 · FAX (253) 333-7910